# ORIGINAL SUMMONS

JUN - 9 2008
Legal Division

CJ 2008 03890

### IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
### 500 SOUTH DENVER AVENUE, TULSA, OKLAHOMA, 74103

| | | |
|---|---|---|
| DENNY LINDLEY, | ) | Case No. CJ-_____ |
| | ) | |
| Plaintiff, | ) | Attorney for Plaintiff: |
| vs. | ) | |
| | ) | Eric J. Begin, OBA #15671 |
| | ) | McGivern, Gilliard & Curthoys |
| | ) | Post Office Box 2619 |
| LIFE INVESTORS INSURANCE COMPANY | ) | Tulsa, Oklahoma  74101-2619 |
| OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**TO THE NAMED DEFENDANT:**

**LIFE INVESTORS INSURANCE COMPANY
OF AMERICA**
c/o Oklahoma Insurance Commission          **TO BE SERVED BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Post Office Box 53408
Oklahoma City, OK. 73152-3408

     You have been sued by the above named Plaintiff, Denny Lindley, and you are directed to file a written answer to the attached Petition in the court at the above address within twenty (20) days after service of this summons upon you exclusive of the day of service.  Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff.  Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of this action.

     Issued this ___30___ day of ___May___, 2008.

           TULSA COUNTY COURT CLERK

           _____ Deputy Court Clerk

(Seal)

This summons and order was mailed Certified Mail/Return Receipt Requested on ____6-2-08____.
                                       (date of mailing)

           _____
           (Signature of person mailing summons)

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER.  SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.

Return ORIGINAL for filing.

*1007237050*

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

DENNY LINDLEY,

DISTRICT COURT
                    FILED
            Plaintiff,

vs.                          MAY 3 0 2008   Case No. _____    J. MICHAEL GASSETT

LIFE INVESTORS INSURANCE  SALLY HOWE SMITH, COURT CLERK   JURY TRIAL DEMANDED
COMPANY OF AMERICA,        STATE OF OKLA. TULSA COUNTY

                                   )   ATTORNEY LIEN CLAIMED
            Defendant.             )

CJ 2008 03890

## PETITION

**COMES NOW** the Plaintiff, Denny Lindley, by and through his attorney of record, Eric J. Begin,

of the law firm of McGivern, Gilliard & Curthoys, Tulsa, Oklahoma, and for his Petition against the

Defendant, states and avers as follows:

I.

Plaintiff is a resident of Tulsa County, State of Oklahoma.

II.

Defendant, Life Investors Insurance Company of America, is a foreign corporation, which

conducts business in Tulsa County, State of Oklahoma.

III.

The policies of insurance, out of which this litigation arises, were entered and formed within

Tulsa County, State of Oklahoma.

IV.

The tortious conduct out of which this lawsuit arises occurred within Tulsa County, State of

Oklahoma.

V.

This Court has jurisdiction over the parties herein, and Tulsa County is a proper venue for the

maintenance of this action.

## VI.

Plaintiff purchased supplemental policies of insurance from Defendant providing for payment of certain medical expenses.

## VII.

Plaintiff alleges he has incurred medical bills and expenses resulting from a diagnosis of cancer, for which demand was made of Defendant that they satisfy their contractual obligations. Defendants failed and refused to satisfy those obligations, and they are in breach of contract.

## VIII.

Plaintiff alleges the actions of Defendant, Life Investors Insurance Company of America, constitute the tort of failure to act in good faith and fair dealing and they thereby acted in bad faith.

## IX.

Plaintiff further alleges the negligence of the agents/employees of the Defendant in handling, and adjusting his claims, has caused Plaintiff compensable injuries.

## X.

Plaintiff alleges he has suffered all damages compensable under Oklahoma law.

## XI.

Plaintiff alleges the actions of Defendant have been such that they should be punished by an award of punitive damages to deter this Defendant, and others similarly situated, from acting in a similar manner.

**WHEREFORE**, premises considered, the Plaintiff, Denny Lindley, prays that he have and receive against the Defendant, for his actual compensatory damages a sum in excess of $10,000.00, that he have and receive judgment against the Defendant for punitive damages in a sum in excess of

2

$10,000.00, that he receive his costs of this proceeding, statutory interest, pre- and post-judgment, attorney fees as set by statute, and such other and further relief as the Court deems just and equitable.

Respectfully submitted,

**MCGIVERN, GILLIARD & CURTHOYS**

Eric J. Begin, OBA #15671
Post Office Box 2619
Tulsa, Oklahoma 74101-2619
Telephone: (918) 584-3391
Facsimile: (918) 592-2416
*Attorney for Plaintiff*

86551\9\petition-at

3

I, Sally Howe Smith, Court Clerk, for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerk's Office of Tulsa County, Oklahoma; this

JUN 2 6 2008



| Home | Courts | Court Dockets | Legal Research | Calendar | Help |

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| DENNY LINDLEY,<br>    Plaintiff,<br>v.<br>LIFE INVESTORS INSURANCE COMPANY OF AMERICA,<br>    Defendant. | No. CJ-2008-3890<br>(Civil relief more than $10,000:<br>**BAD FAITH INSURER LIABILITY**)<br><br>Filed: 05/30/2008<br><br><br>Judge: Gassett, J. Michael |

## Parties

LIFE INVESTORS INSURANCE COMPANY OF AMERICA , Defendant
LINDLEY, DENNY , Plaintiff

## Attorneys

| Attorney | Represented Parties |
|---|---|
| Begin, Eric James(Bar # 15671)<br>MCGIVERN, GILLIARD & CURTHOYS<br>P O BOX 2619<br>TULSA, OK 74101 | LINDLEY, DENNY |

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

    Issue: BAD FAITH INSURER LIABILITY (INSURE)
    Filed by: LINDLEY, DENNY
    Filed Date: 05/30/2008

**Party Name:**    **Disposition Information:**

**Defendant:** LIFE INVESTORS INSURANCE COMPANY OF AMERICA    Pending.

**Issue # 2.**

    Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
    Filed by: LINDLEY, DENNY
    Filed Date: 05/30/2008

**Party Name:**    **Disposition Information:**

**Defendant:** LIFE INVESTORS INSURANCE COMPANY OF AMERICA    Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|------|------|-------|-------|----------|------------|---|---|
| 05-30-2008 | TEXT | 1 | | 67206441 | May 30 2008 4:24:41:480PM | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | |
| 05-30-2008 | INSURE | - | | 67206443 | May 30 2008 4:24:41:490PM | Realized | $ 0.00 |
| | BAD FAITH INSURER LIABILITY | | | | | | |
| 05-30-2008 | DMFE | - | | 67206444 | May 30 2008 4:24:41:500PM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | |
| 05-30-2008 | PFE1 | - | | 67206445 | May 30 2008 4:30:07:570PM | Realized | $ 150.00 |
| | PETITION($ 150.00) | | | | | | |
| | 🖹 *Document Available at Court Clerk's Office* | | | | | | |
| 05-30-2008 | PFE7 | - | | 67206446 | May 30 2008 4:24:41:500PM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | | |
| 05-30-2008 | OCISR | - | | 67206447 | May 30 2008 4:24:41:500PM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | |
| 05-30-2008 | CCADMIN | - | | 67206448 | May 30 2008 4:24:41:500PM | Realized | $ 1.00 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 1.00) | | | | | | |
| 05-30-2008 | CHAB | - | | 67206449 | May 30 2008 4:24:41:500PM | Realized | $ 10.00 |
| | C.H.A.B. STATUTORY FEE($ 10.00) | | | | | | |
| 05-30-2008 | AGVSU | - | | 67206450 | May 30 2008 4:24:41:500PM | Realized | $ 3.00 |
| | ATTORNEY GENERAL VICTIM SERVICES UNIT($ 3.00) | | | | | | |
| 05-30-2008 | CCADMIN03 | - | | 67206451 | May 30 2008 4:24:41:500PM | Realized | $ 0.30 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.30) | | | | | | |
| 05-30-2008 | LTF | - | | 67206452 | May 30 2008 4:24:41:510PM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | | |
| 05-30-2008 | SMF | - | | 67206453 | May 30 2008 4:24:41:520PM | Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | | |
| 05-30-2008 | SMIMA | - | | 67206454 | May 30 2008 4:24:41:540PM | Realized | $ 0.00 |
| | SUMMONS ISSUED - MAILED BY ATTORNEY | | | | | | |
| 05-30-2008 | TEXT | - | | 67206442 | May 30 2008 4:24:41:480PM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE GASSETT, J. MICHAEL TO THIS CASE. | | | | | | |
| 05-30-2008 | ACCOUNT | - | | 67206494 | May 30 2008 4:26:12:890PM | - | $ 0.00 |

RECEIPT # 2008-1463134 ON 05/30/2008.
PAYOR: MCGIVERN GILLARD & CURTHOYS TOTAL AMOUNT PAID: $ 212.30.
LINE ITEMS:
CJ-2008-3890: $155.00 ON AC01 CLERK FEES.
CJ-2008-3890: $3.00 ON AC07 ATTORNEY GENERAL VICTIM SERVICES UNIT.

CJ-2008-3890: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2008-3890: $1.30 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2008-3890: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2008-3890: $10.00 ON AC69 CHILD ABUSE MULTIDISCIPLINARY FEE.
CJ-2008-3890: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2008-3890: $10.00 ON AC81 LENGTHY TRIAL FUND.

Report Generated by The Oklahoma Court Information System at June 30, 2008 10:19 AM

End of Transmission.